1
2
3                              UNITED STATES DISTRICT COURT
4                                 Northern District of California
5
6   JUANITA SANDERS, et al.,
7            Plaintiffs,                          No. C 10-1519 MEJ
         v.
8                                                 **ORDER DIRECTING PLAINTIFFS
    WELLS FARGO BANK, et al.,                     TO FILE CONSENT/DECLINATION
9                                                 FORM**
           Defendants.
10  _____/
11
12       Pending before the Court is Juanita Sanders' in forma pauperis application. Upon review of
13  the record in this action, the Court notes that Plaintiffs Juanita Sanders and Darryl Phillips have not
14  filed a written consent to Magistrate Judge James' jurisdiction. This civil case was randomly
15  assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. §
16  636(c), the magistrate judges of this district court are designated to conduct any and all proceedings
17  in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal
18  from a judgment entered by Magistrate Judge James may be taken directly to the United States Court
19  of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a
20  district court.
21       You have the right to have your case assigned to a United States District Judge for trial and
22  disposition. Accordingly, Plaintiffs shall inform the Court, by way of the enclosed form, whether
23  they consent to Magistrate Judge James' jurisdiction or requests reassignment to a United States
24  District Judge for trial. The consent/declination form shall be filed by than May 4, 2010.
25       **IT IS SO ORDERED.**
26  Dated: April 13, 2010
27                                                _____
                                                  Maria-Elena James
28                                                Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUANITA SANDERS, et al.,                          No. C 10-1519 MEJ

        Plaintiffs,
  v.

WELLS FARGO BANK, et al.,

        Defendants.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                          Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                          Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUANITA SANDERS, et al.,

    Plaintiffs,

  v.

WELLS FARGO BANK, et al.,

    Defendants.

Case Number: 10-1519 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juanita Rebecca Sanders
Darryl Phillips
1441 Modoc Ave.
Menlo Park, CA 94025

Dated: April 13, 2010

            Richard W. Wieking, Clerk
            By: Brenda Tolbert, Deputy Clerk

3