UNITED STATES DISTRICT COURT

Northern District of California

JUANITA SANDERS, et al.,

                Plaintiffs,

   v.

WELLS FARGO BANK, et al.,

                Defendants.
_____/

No. C 10-1519 MEJ

**ORDER RE IN FORMA PAUPERIS APPLICATION**

     On April 7, 2010, Plaintiffs Juanita Sanders and Darryl Phillips filed the above-captioned matter. On the same date, Juanita Sanders filed an application to proceed in forma pauperis. However, as Darryl Phillips did not file an application, it is unclear whether he has the ability to pay the required filing fee. Accordingly, the Court hereby ORDERS Mr. Phillips to file an in forma pauperis application by May 4, 2010.

     **IT IS SO ORDERED.**

Dated: April 13, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUANITA SANDERS, et al.,

                Plaintiffs,

  v.

WELLS FARGO BANK, et al.,

                Defendants.

Case Number: 10-1519 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juanita Rebecca Sanders
Darryl Phillips
1441 Modoc Ave.
Menlo Park, CA 94025

Dated: April 13, 2010

                Richard W. Wieking, Clerk
              By: Brenda Tolbert, Deputy Clerk