UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SANDERS, et al., | No. C 10-1519 MHP |
| Plaintiffs, | **ORDER** |
| v. | |
| WELLS FARGO BANK, et al., | |
| Defendants. | |

On April 29, 2010, this court denied plaintiffs' applications to proceed in forma pauperis, and ordered plaintiffs to pay the filing fee by June 1, 2010. Docket No. 11 (Order). No filing fee has been paid til date. Plaintiffs also failed to appear at the case management conference on July 26, 2010. Docket No. 12 (CMC Minutes). Nor did plaintiffs file a case management conference statement, as required by the Civil Local Rules. *See* Docket Sheet.

For the foregoing reasons, the complaint in this action is DISMISSED for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Procedure. The Clerk of Court shall close the file.

IT IS SO ORDERED.

Dated: 7/28/2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California